# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| MICHAEL ADOLF GAMBRELL, | ) | C.A. No. 4:09-329 DCN |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WARDEN MCCI, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The above referenced case is before this court upon defendants's Motion for Appointment of Counsel.

The Congress does not appropriate funds to pay attorneys to prepare and file petitions for prisoners. Although this economic fact is not conclusively determinative of the issues, it is a practical consideration which cannot be ignored. In this case, the issues are not overly complex and whenever a case involves a pro se litigant, this court outlines proper procedure so the pro se litigant will not be deprived of a fair opportunity to present his or her case. Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975).

Therefore, defendant's request for appointment of counsel is hereby **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's Motion for Extension of Time to File Objections to Report and Recommendations is **GRANTED**. Petitioner shall have until June 6, 2010 to file objections.

**IT IS FURTHER ORDERED** that petitioner's Motion to Stay the Case is **DENIED**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
Chief United States District Judge

Charleston, South Carolina
April 29, 2010